NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLD WIDE STATIONERY MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

v.

**U.S. RING BINDER, L.P.,**
*Defendant-Cross Appellant.*

---

2010-1358, -1359

---

**WORLD WIDE STATIONERY MANUFACTURING CO., LTD.,**
*Plaintiff-Appellant,*

v.

**U.S. RING BINDER, L.P.,**
*Defendant-Cross Appellant.*

---

2011-1037, -1050

---

Appeals from the United States District Court for the Eastern District of Missouri in case no. 07-CV-1947, Judge Carol E. Jackson.

---

## ON MOTION

---

## ORDER

World Wide Stationery Manufacturing Co., Ltd. moves without opposition to consolidate the above-captioned appeals for purposes of oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions to consolidate for purposes of oral argument are granted to the extent that the cases will be treated as companion cases and will be argued consecutively before the same merits panel.

FOR THE COURT

JAN 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony G. Simon, Esq.
Timothy E. Grochocinski, Esq.
William K. West, Jr., Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2011

JAN HORBALY
CLERK